UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DILLON MCDOUGLAS BARR, JR.,

    Plaintiff,

v.                                           CASE NO. 3:20cv5455-MCR-HTC

UNITED STATES DEPARTMENT
OF AGRICULTURE FOOD AND
NUTIRITION SERVICES,

    Defendants.
_____/

# **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 10, 2020. ECF No. 6. Plaintiff was provided a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. Plaintiff's complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to comply with a Court order, and for failure to timely serve the Defendant under Rule 4(m).

2. The clerk is directed to close this file.

**DONE AND ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**